ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 20 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GIANNA C. LIADY | Criminal Information<br><br>No. 1:17-CR-394 |

THE UNITED STATES ATTORNEY CHARGES THAT:

**Assisting in the Preparation and Filing of a False Federal Tax Return**
**(26 U.S.C. § 7206 (2))**

On or about January 20, 2015, within the Northern District of Georgia and elsewhere, the defendant, GIANNA C. LIADY did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a U.S. Individual Income Tax Return, Form 1040, of K. P. for the calendar year 2014. The return was false and fraudulent as to a material matter, in that it reported a business loss deduction of over $15,000 on an IRS Form Schedule C, whereas the defendant then and there knew that K. P. did not have a business at any time during tax year 2014 and did not qualify to claim a business deduction on his 2014 tax return.

In violation of Title 26, United States Code, Section 7206(2).

BYUNG J. PAK
*United States Attorney*

/s/ Bernita B. Malloy

BERNITA B. MALLOY
*Assistant United States Attorney*
Georgia Bar No. 718905

SEAN BEATY
U.S. Department of Justice Tax Division
*Trial Attorney*
Virginia Bar No. 67941

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000
Fax: 404-581-6181